**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| AMERICAN OVERSIGHT, | ) |
|  | ) |
| V. | ) Civil Action No. 17-0958 (RBW) |
|  | ) |
| U.S. DEPARTMENT OF | ) |
| THE INTERIOR, et al. | ) |
|  | ) |
| Defendants. | ) |

**NOTICE OF WITHDRAWAL OF APPEARANCE**

The Clerk of the Court will please withdraw the appearance of Marina Utgoff Braswell, Assistant U.S. Attorney, as counsel of record for defendants in the above-captioned case.

Respectfully submitted,

 /s/
MARINA UTGOFF BRASWELL,
D.C. BAR #416587
Assistant United States Attorney
U.S. Attorney's Office
555 4th Street, N.W. – Civil Division
Washington, D.C. 20530
(202) 252-2561
Marina.Braswell@usdoj.gov